1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:    (619) 234-8467
4  Facsimile:    (619) 687-2666
   Email:        David_Peterson@fd.org
5

6  Attorneys for Defendant

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,            ) CASE NO. 08MJ1627
   |                                      )
11 |              Plaintiff,              )
   |                                      )
12 | v.                                   )
   |                                      ) **NOTICE OF APPEARANCE**
13 | ERICK NAZARIO-PERSINO,                )
   |                                      )
14 |              Defendant.              )
   |                                      )
15

16          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

17 David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

18 in the above-captioned case.

19                                              Respectfully submitted,

20

21 Dated:  June 3, 2008                         */s/ DAVID M. C. PETERSON*
                                                DAVID M.C. PETERSON
22                                              Federal Defenders of San Diego, Inc.
                                                Attorneys for Defendant
23                                              David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

**U S Attorney CR**
U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

Dated: June 3, 2008            /s/ DAVID M. C. PETERSON
                               DAVID M.C. PETERSON
                               Federal Defenders of San Diego, Inc.
                               225 Broadway, Suite 900
                               San Diego, CA  92101-5030
                               (619) 234-8467  (tel)
                               (619) 687-2666  (fax)
                               David_Peterson@fd.org (email)